*Ruth Palacios*                    *CAB-02-97*

3

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by ? | Date 6-28-02 @ 11:03 AM |
|---|---|
| NAME OF SERVER (PRINT) ED H. FINK | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. _____
411 LINDBERG, McALLEN, TX 78501

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____
_____

United States District Court
Southern District of Texas
FILED

[ ] Returned unexecuted: _____
_____

JUL 1 0 2002

[ ] Other (specify) : _____
_____

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on __6/28/02__     _____
Date                          Signature of Server

__204 W. FERGUSON #108, PHARR, TX 78577__
Address of Server


DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006


SUBSCRIBED AND SWORN TO ME
ON THE 1 DAY OF July 20 02
NOTARY PUBLIC