7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-02-097 |
| | § | |
| Ruth Palacios | § | |

Pursuant to the Court's Order of _____ 8-5- _____, 2002, and it appearing that

Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby

entered against defendant Ruth Palacios, this _5th_ day of _August_, 2002.

MICHAEL N. MILBY
Clerk

By _____
Deputy Clerk