UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-02-097 |
| RUTH PALACIOS | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.   The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.   Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C.   Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | | |
| --- | --- | --- | --- |
| 1. | Principal Balance as of August 6, 1999 | $ | 2,851.04 |
| 2. | Interest as of August 6, 1999 | $ | 1,466.98 |
| 3 | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 275.00 |
| 5. | Pre-Judgment Interest Rate Per annum | | 9.07% |
| 6. | Daily Accrual: | $ | 0.71 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 4,593.02 |
| 8. | Post Judgment Interest equals ~~1.55~~ % per annum  1.55%  Hyt/ac | | |

**Debt 2:**

| | | | |
|---|---|---|---:|
| 1. | Principal Balance of August 6, 1999 | $ | 2,217.36 |
| 2. | Interest of August 6, 1999 | $ | 1,177.21 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 275.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 9.07% |
| 6. | Daily Accrual | $ | 0.55 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 3,669.57 |
| 8. | Post Judgment Interest equals 1.55 % *1.55% Hqt/sc* per annum | | |

DONE in Brownsville, Texas, this 7 of October 2002.

_____
Hilda G. Tagle
United States District Judge